FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Sep 25 2026

KEVIN P. WEIMER , Clerk

By: B. Evans
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

JONATHAN MARK SUSOR

**CRIMINAL COMPLAINT**

Case Number: 1:26-MJ-1021

I, the undersigned complainant depose and say under penalty of perjury that the following is true and correct to the best of my knowledge and belief. On or about July 28, 2026 in Fulton County, in the Northern District of Georgia, defendant did transmit in interstate commerce a communication containing a threat to injure the person of another

in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Task Force Officer and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof. Yes

Ryan Long

Signature of Complainant
Ryan Long

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

September 25, 2026 at Atlanta, Georgia

Date | City and State

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer

Signature of Judicial Officer

AUSA Daniel Grill
Daniel.grill@usdoj.gov

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Ryan Long, hereby depose and say under penalty of perjury:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Task Force Officer with the Federal Bureau of Investigation (the "Agency") and have been since 2025. I am currently assigned to the Domestic Terrorism squad in the Atlanta Field Division of the Agency. I am responsible for preventing, detecting, and investigating crimes, including targeted violence against the government, critical infrastructure, and religious groups, as well as arresting those who commit violations of federal and state law. I attended the State of Georgia Police Academy in 2009 and have since been employed as a certified police officer. In 2019, I completed the Georgia Bureau of Investigation Basic Agent Course and was appointed as a Special Agent. My current assignment is as a full-time task force officer. I have completed over 3,000 hours of law enforcement training in topics, including writing and serving search warrants, behavioral threat assessments, internet-based crimes, electronic device exploitation, First Amendment protections, and intelligence collection/analysis courses. I am authorized to conduct investigations and make arrests for offenses contained in Title 18 of the United States Code and offenses contained in the Official Code of Georgia Annotated.

2. This affidavit is made in support of a criminal complaint, authorizing the arrest of JONATHAN MARK SUSOR, for a violation of Title 18, United States Code, Section 875(c) (interstate threatening communications).

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. The Agency is conducting a criminal investigation involving JONATHAN MARK SUSOR for a possible violation of federal criminal law, specifically 18 U.S.C. § 875(c).

5. On or about July 28, 2026, an X account with the unique identifier @JonathanSusor publicly posted the following message directed at Secretary of Defense Pete Hegseth: "If you personally strap a GoPro to your head and clear out a Chabad synagogue with the service rifle you'll be spared punishment @PeteHegseth. Otherwise, your entire family is going to be killed for the last cretin."

6. Hegseth was located in Washington, D.C., at the time the message was posted.

7. The account had previously posted additional threats of harm or death to Hegseth's family and included pictures of Hegseth and his children.

8. In an interview with law enforcement, JONATHAN MARK SUSOR confirmed that he posted the message described above. Based on data provided to law enforcement by X pursuant to a warrant, the message was sent from Fulton County, Georgia.

## CONCLUSION

9. Based on my training and experience, and the facts set forth in this affidavit, there is probable cause to believe that JONATHAN MARK SUSOR has committed a violation of Title 18, United States Code, Section 875(c) (interstate threatening communications).